ENTERED - SOUTHERN DIV.
CLERK, U.S. DISTRICT COURT

DEC 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 12/19/08

_____
DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALMONT STEPHENSON,<br><br>    Petitioner,<br><br>vs.<br><br>T. FELKER, Warden,<br><br>    Respondent. | Case No. CV 08-7171-PSG (RNB)<br><br>**JUDGMENT** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herewith,

IT IS HEREBY ADJUDGED that this action is summarily dismissed, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 12/10/08

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE